USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
INTER-AMERICAN DEVELOPMENT BANK,            :
:                   15 Civ. 4063 (PAE)
Plaintiff,  :
:                   ORDER
-v-                              :
:
VENTI S.A., and INDUSTRIAS METALURGICAS    :
PESCARMONA S.A.I.C. Y.F.,                   :
:
Defendants.  :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter (Dkt. 29) dated today from plaintiff's counsel, representing that defendants—who did not submit an opposition to plaintiff's pending motion for summary judgment—do not oppose that motion. Plaintiff's counsel has attached an email from defense counsel reflecting that defendants have chosen not to oppose that motion. Dkt. 29, Ex. A. The Court has reviewed plaintiff's submissions in support of summary judgment. These submissions establish plaintiff's entitlement to summary judgment.

Accordingly, the Court enters summary judgment for plaintiff Inter-American Development Bank and against defendants Venti S.A. and Industrias Metalurgicas Pescarmona S.A.I.C. Y.F., in the amount of $167,472,807.40, plus prejudgment interest and late fees that may have accrued between the date of plaintiff's motion and the date of this order. The Court directs plaintiff to submit, promptly, a schedule that reflects additional interest and any such late charges. A judgment reflecting this sum will thereafter promptly issue. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 23.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: September 14, 2015
       New York, New York