```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
INTER-AMERICAN DEVELOPMENT BANK,            :
:                    15 Civ. 4063 (PAE)
Plaintiff,    :
:                         ORDER
-v-                                :
:
VENTI S.A., and INDUSTRIAS METALURGICAS     :
PESCARMONA S.A.I.C. Y.F.,                   :
:
Defendants.   :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On September 14, 2015, the Court entered summary judgment for plaintiff Inter-American Development Bank and against defendants Venti S.A. and Industrias Metalurgicas Pescarmona S.A.I.C. Y.F., in the amount of $167,472,807.40, plus prejudgment interest and late fees. Dkt. 30. The Court directed plaintiff to submit a schedule reflecting interest and late fees that may have accrued after the date of plaintiff's motion for summary judgment, August 28, 2015. *Id.* On September 15, 2015, the plaintiff submitted a schedule showing the interest and late fees as of each day this week. Dkt. 32 Ex. A. Accordingly, the Court directs the Clerk to enter judgment for the plaintiff Inter-American Development Bank in the amount of $168,172,809.92, the sum accounting for interest and late fees accrued as of this date, September 16, 2015. The Clerk is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2015
       New York, New York