

David W.T. Daniels
D 202.261.2967
F 917.344.8797
ddaniels@rkollp.com

November 18, 2015

By ECF

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007-1312

  Re: *Inter-American Development Bank v. Venti, S.A.*, 1:15-cv-04063-PAE

Dear Judge Engelmayer:

  We represent Plaintiff Inter-American Development Bank (the "IDB") and write regarding IDB's Motion for Attorney's Fees and Costs, submitted on September 30, 2015 (the "Attorney Fees Motion") in the above-captioned matter (Dkt No. 35).

  In the Order of October 6, 2015, the Court extended Defendants' time to oppose IDB's Attorney Fees Motion until November 17, 2015, in light of a motion to withdraw submitted by counsel for Defendants. On October 8, 2015, the Court indicated that if new counsel for Defendants did not appear by November 3, 2015, it "intends to. . . treat the plaintiff's motion for attorneys' fees and costs as unopposed." To date, Defendants have not obtained new counsel, and they have filed no opposition to the Attorney Fees Motion. Accordingly, the IDB respectfully requests that the Court treat the motion as unopposed and grant the relief requested.

           Respectfully submitted,

           David Daniels

cc: Hernán H. Iglesias, Esq.
   General Counsel for Defendants Venti, S.A. and Industrias Metalúrgicas Pescarmona
   S.A.I.C. y F (via U.S. mail)