USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

INTER-AMERICAN DEVELOPMENT BANK,

                      Plaintiff,

         -v-

VENTI S.A., and INDUSTRIAS METALURGICAS
PESCARMONA S.A.I.C. Y.F.,

                      Defendants.

------------------------------------------------------------------X

15 Civ. 4063 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Plaintiff's motion to enforce the judgment, appoint a receiver, and issue a permanent injunction is pending before the Court. Dkt. 55. The Court directs plaintiff to submit forthwith a proposed order via ECF. The proposed order should include the factual findings that plaintiff believes must be made for such an order to be effective and recognized in all relevant fora.

    SO ORDERED.

                                                   *Paul A. Engelmayer*
                                          Paul A. Engelmayer
                                          United States District Judge

Dated: January 19, 2016
        New York, New York