

February 4, 2016

David W.T. Daniels
D 202.261.2967
F 917.344.8797
ddaniels@rkollp.com

By ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007-1312

    Re:    *Inter-American Development Bank v. Venti, S.A.*, 1:15-cv-04063-PAE

Dear Judge Engelmayer:

    We represent Plaintiff Inter-American Development Bank (the "IDB"). Pursuant to the Court's Order of January 19, 2016 (Dkt. 66), the IDB hereby submits a Proposed Order and Proposed Findings of Fact in connection with the IDB's Motion to Enforce the Judgment. Copies of these two documents are attached as Exhibits A and B respectively. A certificate of service confirming service of the Proposed Order and Proposed Findings of Fact is attached as Exhibit C.

                                        Respectfully submitted,

                                        David Daniels

cc:    (via e-mail and express delivery; with enclosures)
        Hernán H. Iglesias, Esq.,
        General Counsel for IMPSA and Venti

Portrait Building, 701 8th Street, NW    New York    Washington    London    WWW.RKOLLP.COM
Washington, DC 20001-3727